**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| MAXUM INDEMNITY COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4-16-cv-467 |
| | ) | |
| v. | ) | |
| | ) | |
| R.K. SHOWS, INC.; R.K. SHOWS, MO INC.; WILLIAM J. LAMANNO; GIAN LAMANNO; and ALISSA LAMANNO, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## LAMANNO DEFENDANTS' ANSWER

In answer to Plaintiff's complaint, Defendants William J. LaManno, Gian LaManno and Alissa LaManno state as follows:

1. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶1 and therefore deny them.

2. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶2 and therefore deny them.

3. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶3 and therefore deny them.

4. Admit ¶4.

5. Admit ¶5.

6. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶6 and therefore deny them.

7. Admit ¶7.

8. Admit ¶8.

9. Admit ¶9.

10. Admit ¶10.

11. Admit ¶11.

12. Admit ¶12.

13. Admit ¶13.

14. Admit ¶14.

15. Admit ¶15.

16. Admit ¶16.

17. Admit ¶17.

18. Admit ¶18.

19. Admit ¶19.

20. Admit ¶20.

21. Admit ¶21.

22. Admit ¶22.

23. Admit ¶23.

24. Admit ¶24.

25. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶25 and therefore deny them.

26. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶26 and therefore deny them.

27. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶27 and therefore deny them.

28. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶28 and therefore deny them.

29. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶29 and therefore deny them.

30. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶30 and therefore deny them.

31. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶31 and therefore deny them.

32. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶32 and therefore deny them.

33. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶33 and therefore deny them.

34. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶34 and therefore deny them.

35. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶35 and therefore deny them.

36. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶36 and therefore deny them.

37. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶37 and therefore deny them.

38. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶38 and therefore deny them.

39. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶39 and therefore deny them.

40. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶40 and therefore deny them.

41. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶41 and therefore deny them.

42. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶42 and therefore deny them.

43. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶43 and therefore deny them.

44. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶44 and therefore deny them.

45. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶45 and therefore deny them.

46. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶46 and therefore deny them.

47. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶47 and therefore deny them.

48. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶48 and therefore deny them.

49. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶49 and therefore deny them.

50. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶50 and therefore deny them.

51. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶51 and therefore deny them.

52. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶52 and therefore deny them.

53. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶53 and therefore deny them.

54. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶54 and therefore deny them.

55. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶55 and therefore deny them.

56. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶56 and therefore deny them.

57. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶57 and therefore deny them.

58. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶58 and therefore deny them.

59. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶59 and therefore deny them.

60. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶60 and therefore deny them.

61. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶61 and therefore deny them.

62. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶62 and therefore deny them.

63. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶63 and therefore deny them.

64. Lack knowledge or information sufficient to form a belief as to truth of the allegations of ¶64 and therefore deny them.

Respectfully submitted,

THE ACCURSO LAW FIRM
A Professional Corporation
By:   /s/Andrew H. McCue
     Louis C. Accurso   #29827
     laccurso@accursolaw.com
     Andrew H. McCue  #36145
     amccue@accursolaw.com
     4646 Roanoke Parkway
     Kansas City, MO 64112
     PH:   (816) 561-3900
     FAX:  (816) 561-2992
     **ATTORNEYS FOR**
     **DEFENDANTS LAMANNO**

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Missouri, using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and a copy was electronically mailed to:

Douglas S. Beck
dbeck@shb.com
Sarah Lynn Baltzell
slynn@shb.com
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
PH:   (816) 474-6550
FAX: (816) 421-5547

Michael S. Knippen
mknippen@traublieberman.com
Jason Taylor
jtaylor@traublieberman.com
Traub Lieberman Straus & Shrewsberry LLP
303 W. Madison Street
Suite 1200
Chicago, IL 60606
PH:   (312) 332-3900

**ATTORNEYS FOR PLAINTIFF MAXUM INDEMNITY COMPANY**

Robert M. Pitkin
rpitkin@hab-law.com
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
PH:   (816) 421-0700
FAX: (816) 421-0899
**ATTORNEY FOR DEFENDANT R. K. SHOWS, INC. & R.K. SHOWS, MO INC.**

/s/Andrew H. McCue
**ATTORNEYS FOR DEFENDANTS LAMANNO**