IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16-CV-00467-JTM |
| ) | |
| R.K. SHOWS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL RESPONSE TO MAXUM'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND WITHDRAWAL OF DEFENDANTS' MOTION TO STRIKE AS MOOT

Defendants R.K. Shows, Inc. ("R.K. Shows") and R.K. Shows MO, Inc. ("R.K. MO") (collectively, the "Insureds") submit this supplemental response to *Maxum's Motion for Leave to File Its First Amended Complaint for Declaratory Judgment* (the "Motion") filed by plaintiff Maxum Indemnity Company ("plaintiff" or "Maxum") on October 7, 2016 (Doc. 29). This supplemental response supersedes the Insureds' *Response and Suggestions in Opposition to Maxum's Motion for Leave to File Its First Amended Complaint for Declaratory Judgment and, Alternatively, Motion to Strike* (the "Response") filed October 10, 2016 (Doc. 30).

After the filing of the Response, counsel for Maxum provided information to the Insureds' counsel showing that Maxum is exempt from the bond requirement in § 375.281, RSMo, because Maxum is an excess/surplus lines insurer under Chapter 384 with the Missouri Department of Insurance. As a result, the Insureds' motion to strike is now moot and may be denied by the Court. Further, the Insureds have no objection to leave for Maxum to file the proposed First Amended Complaint attached to the Motion.

Respectfully submitted,

**HORN AYLWARD & BANDY, LLC**

/s/ Robert M. Pitkin
Robert M. Pitkin       MO #37835
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri  64108
(816) 421-0700
Fax: 816/421-0899
rpitkin@hab-law.com

*Attorneys for Defendants R.K. Shows, Inc.
and R.K. Shows MO, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the Court's ECF filing system this 11th day of October, 2016 to all counsel of record and parties of interest participating in the CM/ECF system.

/s/ Robert M. Pitkin
*Attorney for Defendants R.K. Shows, Inc.
and R.K. Shows MO, Inc.*